## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> This Document Relates To: <br><br> Cases from the law firm of Cascino Vaughan Law Offices, Ltd. <br><br> U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS <br> Kelley v. AC and S, Inc., Case No. 99C5948 | Civil Action No. MDL 875 |

## ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the plaintiff's motion for appointment of Special Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1. Barbara A Kelley is appointed Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Barbara A Kelley, individually and as special administrator for the estate of Howard B Kelley, as plaintiff herein.

Date: 4/17/08

Honorable Judge Giles

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS<br>Kelley v. AC and S, Inc., Case No. 99C5948 | Civil Action No. MDL 875 |

### MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Barbara A Kelley, by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Howard B Kelley, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1. Plaintiff, Howard B Kelley, died on 04/06/2004, pursuant to State of Illinois Medical Death Certificate attached hereto.

2. Barbara A Kelley is the wife of Howard B Kelley and plaintiff in her own right in the instant matter.

WHEREFORE, Barbara A Kelley, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Barbara A Kelley, individually and as special administrator of the estate of Howard B Kelley, deceased, Plaintiff v. A C and S., Inc., et. al., Defendants.

Respectfully submitted,

By: _s/ Michael P. Cascino_
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com

PRINTED BY AUTHORITY OF THE STATE OF ILLINOIS

# STATE OF ILLINOIS
# MEDICAL CERTIFICATE OF DEATH

**REGISTRATION DISTRICT NO.** 503
**STATE FILE NUMBER:** [blank]
**DECEDENT'S BIRTH NO.:** [blank]

### DECEASED

**1. DECEASED — NAME** (First, Middle, Last): HOWARD B. KELLEY
**2. SEX:** MALE
**3. DATE OF DEATH** (Month, Day, Year): APRIL 6, 2004
**4. SOCIAL SECURITY NUMBER:** [redacted]–8973
**5a. AGE—LAST BIRTHDAY (YRS):** 69
**5b. UNDER 1 YEAR:** —
**5c. UNDER 1 DAY:** —
**5d. DATE OF BIRTH** (Month, Day, Year): [redacted], 1935
**6a. HOSPITAL OR OTHER INSTITUTION** — NAME: Community Hospital of Ottawa
**6b.** Inpatient
**6c. CITY, TOWN, TWP., OR ROAD DISTRICT NO.:** Ottawa
**6d. COUNTY OF DEATH:** LaSalle
**7. BIRTHPLACE** (City and State or Foreign Country): Blaine, Ohio
**8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY):** Married
**8b. NAME OF SURVIVING SPOUSE** (Maiden Name, if Wife): Barbara Jones
**9. USUAL OCCUPATION:** Millwright
**10. KIND OF BUSINESS OR INDUSTRY:** Construction
**11a. EDUCATION — Elementary/Secondary (0-12) — College (1-4 or 5+):** 12 / 12
**11b.** 9th Grade
**13a. RESIDENCE (STREET AND NUMBER):** 886 Acorn Lane
**13b. INSIDE CITY (YES/NO):** Yes
**13c. COUNTY:** LaSalle
**13d. CITY, TOWN, TWP., OR ROAD DISTRICT NO.:** Marseilles
**13e. STATE:** Illinois
**13f. ZIP CODE:** 61341
**14a. RACE:** White
**14b. HISPANIC ORIGIN?:** No

### PARENTS

**15. FATHER — NAME** (Type or Print): Snowden Kelley
**16. MOTHER — NAME** (Maiden Last): Mary Paul

### INFORMANT

**17a. INFORMANT'S NAME:** Barbara Kelley
**17b. RELATIONSHIP:** Wife
**18. MAILING ADDRESS:** 886 Acorn Lane, Marseilles, IL 61341

### CAUSE

**19. PART I. Immediate Cause:**
(a) Acute coronary Lung
(b) Metastatic to cerebellum
(c) Lung CA

**PART II:** [blank]

**19a. WAS CORONER OR MEDICAL EXAMINER NOTIFIED?:** No
**19b. AUTOPSY:** No
**19c. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?:** —
**20a. DATE OF OPERATION, IF ANY:** —
**20b. MAJOR FINDINGS OF OPERATION:** —
**20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS?:** —

### CERTIFIER

**21a. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED.**
**21b. DATE SIGNED:** 4/6/04
**21c. HOUR OF DEATH:** 7:35 A.M.
**22a. SIGNATURE:** Cabalfin (signature)
**22b. DATE:** 4/6/04
**22c. NAME AND ADDRESS OF CERTIFIER:** Cynthia A. Cabalfin, M.D., 1703 Polaris Cir., Ottawa, IL 61350
**22d. ILLINOIS LICENSE NUMBER:** 036-101301

### DISPOSITION

**23. BURIAL, CREMATION, REMOVAL (SPECIFY):** Burial
**24a. CEMETERY OR CREMATORY — NAME:** Riverview Cemetery
**24b. LOCATION:** Marseilles, Illinois
**25a. FUNERAL HOME:** Seals-Campbell Funeral Home, 1009 E. Bluff St., Marseilles, Illinois 61341
**25b. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034-011717
**26a. FUNERAL DIRECTOR'S SIGNATURE:** (signature) William J. Kuiper
**26b. DATE FILED BY LOCAL REGISTRAR:** 4-6-2004
**26c. LOCAL REGISTRAR'S SIGNATURE:** (signature)

VR200 (Rev. 5/98)
Illinois Department of Public Health — Division of Vital Records

---

I HEREBY CERTIFY THAT the foregoing is a true and correct copy of the death record for the decedent named at item 1 and that this record was established and filed in my office in accordance with the provisions of the Illinois statutes relating to the registration of births, stillbirths, and deaths.

DATE: 4-6-2004
SIGNED: Shelly L. Marks
AT: Ottawa, IL
OFFICIAL TITLE: Registrar

The original of this death is permanently filed with the ILLINOIS DEPARTMENT OF PUBLIC HEALTH at Springfield. County clerks and local registrars are authorized to make certifications from copies of the original record. The Illinois statutes provide that the certifications of a death record by the Department of Public Health or the local registrar or the county clerk shall be prima facie evidence in all courts and places of the facts therein attained.

CERTIFICATE OF SERVICE
FOR CASE NO. 99C5948

I hereby certify that on April 10, 2008, I sent to the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Edward Michael Crane, ecrane@skadden.com
Russell J. Hoover, rhoover@jenner.com
Christopher P. Larson, clarson@hrva.com
Craig T. Liljestrand, cliljestrand@hinshawlaw.com,courtfiling@hinshawlaw.com
Daniel William McGrath, dmcgrath@hinshawlaw.com
Francis Peter Morrissey, fpm@bmwlawfirm.com,nc@bmwlawfirm.com
Mark Edward Rakoczy, mrakoczy@skadden.com
Robert Harrington Riley, rriley@schiffhardin.com
Deborah G. Solmor, dsolmor@skadden.com
Willis Rollin Tribler, wrtribler@tribler.com,lswilson@tribler.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

Michael J. Hennig
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606-2903

By: _s/ Michael P. Cascino_
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600